Jesse J. Maddox, Bar No. 219091
jmaddox@lcwlegal.com
Michael D. Youril, Bar No. 285591
myouril@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704
Telephone:   559.256.7800
Facsimile:    559.449.4535

Attorneys for Defendant CITY OF CERES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS A. QUIROZ, on behalf of himself and all similarly situated individuals,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF CERES,<br><br>　　　　　　　Defendant. | Case No.:  2:17-cv-00364-TLN-CKD<br><br>**ORDER REGARDING STIPULATION TO TRANSFER VENUE** |

　　　　Pursuant to stipulation by the parties and good cause appearing, it is hereby ordered that the Stipulation to Transfer Venue is APPROVED.  The above-captioned action is transferred to the Fresno Division of the United States District Court for the Eastern District of California.

**DATED: MARCH 27, 2017**

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1
Order