UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS A. QUIROZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF CERES,<br><br>　　　　Defendant. | No. 1:17-cv-00444-DAD-MJS<br><br>ORDER GRANTING PARTIES' <u>STIPULATION REGARDING FACILITATED NOTICE PURSUANT TO 29 U.S.C. § 216(b)</u><br><br>(Doc. No. 33) |

　　　　This matter is before the court on the parties' stipulation regarding the issuance of a facilitated notice of collective action to all potential plaintiffs to this action. On June 22, 2017, this court granted in part plaintiff's motion for conditional certification and facilitated notice under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. ("FLSA"). (Doc. No. 29.) In its order, the court found good cause to issue a notice of collective action to all potential plaintiffs, and directed the parties to meet and confer, and if possible, to jointly filed a proposed notice. Accordingly, on July 6, 2016, the parties submitted a stipulation regarding a proposed notice. (Doc. No. 33.) Therein, the parties indicate that they are unable to agree on a portion of the proposed notice—specifically, language concerning the effect of not joining this lawsuit—and have submitted two alternate versions. (*See* Doc. Nos. 33-2 (plaintiff's proposed notice) & 33-3 (defendant's proposed notice).) Having reviewed the parties' proposals, the court finds defendant's proposal appropriate.

Accordingly,

1. The parties' stipulation regarding the issuance of a facilitated notice of collective action (Doc. No. 33) is granted;
2. Plaintiff Carlos Quiroz, shall be appointed collective action representative;
3. Plaintiff's counsel, Mastagni Holstedt, APC, shall serve as counsel for the collective class;
4. The court approves defendant's proposed class notice (Doc. No. 33-3); and
5. The parties are ordered to prepare and distribute the class notice to potential plaintiffs in a manner consistent with the parties' stipulation.

IT IS SO ORDERED.

Dated: **July 7, 2017**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE