UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS A. QUIROZ, on behalf of himself and all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF CERES,<br><br>Defendant. | No. 1:17-cv-00444-DAD-BAM<br><br>ORDER GRANTING STIPULATION REGARDING TOLLING STATUTE OF LIMITATIONS<br><br>(Doc. No. 62.) |

The parties have submitted a stipulation regarding the tolling of the statute of limitations for ten individuals as identified by the parties. (Doc. No. 62.) On June 22, 2017, the court issued an order granting in part plaintiff's first motion for conditional certification and facilitated notice. (Doc. No. 29.) On October 20, 2017, the court issued an order granting in part plaintiff's second motion for conditional certification and facilitated class notice. (Doc. No. 48.) Since then, the City of Ceres ("City") has noticed individuals in both conditionally certified classes. (*See* Doc. No. 62 at 2.)

On April 19, 2018, the parties submitted a stipulation indicating the following. In reviewing this matter, the City determined that there were ten individuals who should have been noticed as part of the initially conditionally certified class but may not have been issued notice. (*Id.* at 2, ¶ 8–9.) These individuals have not opted in to this action and are not represented in the

1

actions related to this case, which include: *Jonathan McManus et al. v. City of Ceres*, Case No. 1:17-cv-00355-DAD-MJS; *Julio Amador et al. v. City of Ceres*, Case No. 1:17-cv-00552, *Miranda et al. v. City of Ceres*, Case No.: 1:18-cv-00041-DAD-BAM. Having reviewed the stipulation, the court finds the parties' proposal to toll the statute of limitations to be appropriate.

Accordingly,

1. The parties' stipulation regarding tolling the statute of limitations for individuals listed on Attachment B (Doc. No. 62) is granted;
2. The parties are ordered to prepare and distribute the class notice to the potential plaintiffs in a manner consistent with the parties' stipulation.

IT IS SO ORDERED.

Dated: **April 20, 2018**

UNITED STATES DISTRICT JUDGE