UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS QUIROZ, et al., on behalf of himself and all similarly situated individuals,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF CERES,<br><br>　　　　　　　Defendant. | No. 1:17-cv-00444-DAD-BAM<br><br>ORDER GRANTING STIPULATION TO FILE CONSENT TO BE INCLUDED AS PLAINTIFFS<br><br>(Doc. No. 64) |

　　　　On June 22, 2017, the court issued an order granting in part plaintiff's first motion for conditional certification and facilitated notice. (Doc. No. 29.) On October 20, 2017, the court issued an order granting in part plaintiff's second motion for conditional certification and facilitated class notice. (Doc. No. 48.) In that second order, the court set a deadline for potential collective action members to file their consent to join in the collective action. (*Id.* at 5.) The parties indicated that several potential members indicated their interest to join in the collective action after the deadline had passed. (Doc. No. 64 at 2–3.)

　　　　On April 24, 2018, the parties filed a stipulation to permit Thomas Beyer, Daniel Foster, Jeffrey Santos, Miguel A. Villalobos, and Joshua Cummings to join this action as collective action members and to permit plaintiffs' counsel to file their consent to be included as individual

1

plaintiffs pursuant to 29 U.S.C. § 216(b).  (Doc. No. 64.)  Having reviewed the stipulation, the court finds it to be appropriate.

Accordingly,

1. Pursuant to the parties' stipulation (Doc. No. 64),  Thomas Beyer, Daniel Foster, Jeffrey Santos, Miguel A. Villalobos, and Joshua Cummings will be allowed to join this action as collective action members;
2. Plaintiffs' counsel shall file the consent forms from these individuals to be included as an individual plaintiff pursuant to 29 U.S.C. § 216(b).

IT IS SO ORDERED.

Dated:  **May 3, 2018**

*Dale A. Drozd*

UNITED STATES DISTRICT JUDGE