1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CARLOS QUIROZ, et al., on behalf of        No. 1: 17-cv-00444-DAD-BAM
     himself and all similarly situated
12   individuals,

13                    Plaintiffs,              ORDER ON SECOND STIPULATION TO
                                               ALLOW MULTIPLE PLAINTIFFS TO FILE
14          v.                                 CONSENT TO BE INCLUDED AS NAMED
                                               PLAINTIFF
15   CITY OF CERES,
                                               (Doc. No. 67)
16                    Defendant.

17

18

19          On June 22, 2017, the court issued an order granting in part plaintiff's first motion for

20   conditional certification and facilitated notice.  (Doc. No. 29.)  On October 20, 2017, the court

21   issued an order granting in part plaintiff's second motion for conditional certification and

22   facilitated class notice.  (Doc. No. 48.)  In that second order, the court set a deadline for potential

23   collective action members to file their consent to join in the collective action.  (*Id.* at 5.)  The

24   parties indicated that several potential members indicated their interest to join in the collective

25   action after the deadline had passed.  (Doc. No. 64 at 2–3.)

26          On April 24, 2018, the parties filed a stipulation to permit Thomas Beyer, Daniel Foster,

27   Jeffrey Santos, Miguel A. Villalobos, and Joshua Cummings to join this action as collective

28   action members and to permit plaintiffs' counsel to file their consent to be included as individual

                                                1

plaintiffs pursuant to 29 U.S.C. § 216(b).  (Doc. No. 64.)  On May 3, 2018, the court granted the parties' stipulation.  (Doc. No. 65.)

On May 25, 2018, the parties filed a second stipulation seeking to permit Juan Montes, Trenton Johnson, and Jeremy Caron to join this action as collective action members and to permit plaintiffs' counsel to file their consent to be included as individual plaintiffs pursuant to 29 U.S.C. § 216(b).  (Doc. No. 67.)  Having reviewed the stipulation, the court finds it to be appropriate.

Accordingly,

1.  Pursuant to the parties' stipulation (Doc. No. 67),  Juan Montes, Trenton Johnson, and Jeremy Caron will be allowed to join this action as collective action members;

2.  Plaintiffs' counsel shall file the consent forms from these individuals to be included as an individual plaintiff pursuant to 29 U.S.C. § 216(b).

IT IS SO ORDERED.

Dated:  __**May 30, 2018**__                    _____
                                              UNITED STATES DISTRICT JUDGE