# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS QUIROZ, et al., on behalf of himself and all similarly situated individuals,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY OF CERES,<br><br>        Defendants. | Case No. 1:17-cv-00444-DAD-BAM<br><br>AMENDED STIPULATION AND ORDER TO MODIFY THE SCHEDULING ORDER<br><br>(Doc. No. 71). |

The Court, having considered the parties' amended stipulation filed on July 10, 2018, finds that good cause exists to continue the pretrial and trial deadlines to the following dates:

| | | |
|---|---|---|
| **1.** | **Non-Expert Discovery Cutoff:** | September 13, 2018 |
| **2.** | **Expert Disclosures:** | September 27, 2018 |
| **3.** | **Rebuttal Expert Disclosures:** | October 11, 2018 |
| **4.** | **Expert Discovery Cutoff:** | November 12, 2018 |
| **5.** | **Non-Dispositive Motion Filing:** | November 23, 2018 |
| **6.** | **Dispositive Motion Filing:** | November 30, 2018 |
| **7.** | **Dispositive Motion Hearing:** | February 5, 2019 |
| **8.** | **Pre-Trial Conference:** | April 22, 2019 at 3:30 p.m.<br>Courtroom 5(DAD) |
| **9.** | **Bench Trial:**<br>(10 days est.) | June 18, 2019 at 1:00 p.m.<br>Courtroom 5(DAD) |

IT IS SO ORDERED.

Dated: **July 13, 2018**                   /s/ *Barbara A. McAuliffe*
                                                       UNITED STATES MAGISTRATE JUDGE