1
DAVID E. MASTAGNI, ESQ. (SBN 204244)
ISAAC S. STEVENS, ESQ. (SBN 251245)
2
ACE T. TATE, ESQ. (SBN 262015)
**MASTAGNI HOLSTEDT**
3
A Professional Corporation
1912 "I" Street
4
Sacramento, California 95811
Telephone: (916) 446-4692
5
Facsimile: (916) 447-4614
davidm@mastagni.com
6
istevens@mastagni.com
atate@mastagni.com
7

Attorneys for Plaintiffs
8

JESSE J. MADDOX, ESQ. (SBN 219091)
9
MICHAEL D. YOURIL, ESQ. (SBN 285591)
**LIEBERT CASSIDY WHITMORE**
10
A Professional Law Corporation
5250 North Palm Ave, Suite 310
11
Fresno, California 93704
Telephone: 559.256.7800
12
Facsimile: 559.449.4535
jmaddox@lcwlegal.com
13
myouril@lcwlegal.com
14
Attorneys for Defendant
15

IN THE UNITED STATES DISTRICT COURT
16

EASTERN DISTRICT OF CALIFORNIA
17

18
| | |
|---|---|
| CARLOS QUIROZ, on behalf of himself and all) similarly situated individuals, ) | Case No. 1:17-cv-00444-DAD-BAM |
| ) | |
| Plaintiffs, ) | **STIPULATION TO DISMISS** |
| v. ) | **PLAINTIFF RANDY SULLIVAN** |
| ) | |
| CITY OF CERES, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| _____ ) | |

IT IS HEREBY stipulated by and between the parties that Plaintiff RANDY SULLIVAN dismiss his action against Defendant, CITY OF CERES, in the above-entitled matter, with prejudice. Defendant agrees to waive any right to costs and attorney fees as a result of this

STIPULATION AND ORDER TO DISMISS                                    *QUIROZ, et. al.  v. CITY OF CERES*
PLAINTIFF RANDY SULLIVAN                                            Case No. 1:17-cv-00444-DAD-BAM

1

dismissal.

The parties do not intend this dismissal to act as a retraxit with respect to any other plaintiff.

Respectfully submitted,


Dated: September 7, 2018          **MASTAGNI HOLSTEDT, APC**

By: */s/ Ace T. Tate*
DAVID E. MASTAGNI, ESQ.
ISAAC S. STEVENS, ESQ.
ACE T. TATE, ESQ.
Attorneys for Plaintiffs


Dated: September 7, 2018          **LIEBERT CASSIDY WHITMORE**

By: */s/ Jesse J. Maddox*
JESSE J. MADDOX, ESQ.
MICHAEL D. YOURIL, ESQ.
Attorneys for Defendants


### ORDER

The parties have stipulated that Plaintiff Randy Sullivan's action against Defendant City of Ceres be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41. In light of the stipulation, Plaintiff Randy Sullivan's action <u>only</u> against Defendant City of Ceres is terminated by operation of law without further order from the Court.    Fed. R. Civ. P. 41(a)(1)(A)(ii).    The Clerk of the Court is directed to update the docket as necessary and **not** close this action.
IT IS SO ORDERED.

Dated:   __**September 11, 2018**__          /s/ *Barbara A. McAuliffe* _
UNITED STATES MAGISTRATE JUDGE